GEORGE BARKER, Respondent, *v.* THE CUNARD STEAMSHIP COMPANY (Limited), Appellant.

*Barker* v. *Cunard Steamship Co.*, 91 Hun, 495, affirmed.
(Argued October 17, 1898 ; decided November 22, 1898.)

APPEAL from a judgment and order of the late General Term of the Supreme Court in the first judicial department, entered respectively December 31 and 26, 1895, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Joseph Kling* and *William M. Ivins* for appellant.

*Franklin Pierce* and *Abraham Gruber* for respondent.

Judgment and order affirmed, with costs ; no opinion. All concur, except PARKER, Ch. J., not sitting.